IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY L. ARMISTEAD, | ) |
| Petitioner, | ) NO. 3:03-1017 |
| | ) JUDGE HAYNES |
| v. | ) |
| JACK MORGAN, et al., | ) |
| Respondents. | ) |

### ORDER

The Petitioner's motion to withdraw petition (Docket Entry No. 53) is **GRANTED** and this action is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 10th day of June, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge